JUDGE CASTEL

S:\Files\5295_MSI(Sharp)-Roadway\5295RULE7.1.doc

KENNEDY LILLIS SCHMIDT & ENGLISH
Charles E. Schmidt (CS8669)
Michael P. Hartman (MH8993)
75 Maiden Lane – Suite 402
New York, N.Y. 10038-4816
Telephone:  212-430-0800
Telecopier: 212-430-0810
Attorneys for Plaintiff
MITSUI SUMITOMO INSURANCE CO., LTD.

08 CV 5700

RECEIVED JUN 25 2008 U.S.D.C. S.D.N.Y. CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MITSUI SUMITOMO INSURANCE CO., LTD., )
                                      )
                    Plaintiff,        )   08 Civ.
                                      )
            - v. -                    )   RULE 7.1 CERTIFICATE
                                      )
ROADWAY EXPRESS, INC.,                )
                                      )
                    Defendants.       )
_____)

Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned attorney of record for Plaintiff Mitsui Sumitomo Insurance Co., Ltd., certifies that the following are any parent corporation and any publicly held corporation that owns 10% or more of such party's stock:

    MITSUI SUMITOMO INSURANCE GROUP HOLDINGS, INC.

Dated:  New York, New York        KENNEDY LILLIS SCHMIDT & ENGLISH
        June 25, 2008             Attorneys for Plaintiff
                                  MITSUI SUMITOMO INSURANCE CO.,
                                  LTD.

                              By: _____
                                  Michael P. Hartman
                                  75 Maiden Lane – Suite 402
                                  New York, New York  10038-4816
                                  Telephone:  212-430-0800