## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MITSUI SUMITOMO INS. CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 5700 |
| | ) | |
| ROADWAY EXPRESS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION TO DISMISS OF DEFENDANT ROADWAY EXPRESS, INC.

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendant Roadway Express, Inc. ("Roadway") moves this Court to dismiss all causes of action against Roadway in Plaintiff's Complaint because they are preempted by the Carmack Amendment to the Interstate Commerce Act, 49 U.S.C. § 14706. No matters outside the pleadings are presented or are necessary in connection with this motion. A brief in support of this motion is filed concurrently and is incorporated herein

Respectfully submitted,

NOWELL AMOROSO KLEIN BIERMAN, P.A.

/s/ Thomas C. Martin

Thomas Martin
Nowell Amoroso Klein Bierman, P.A.
140 Broadway
New York, NY 10005
(212)858-7710
-and-
155 Polifly Road
Hackensack, New Jersey 07601
Telephone:    (201) 343-5001
Facsimile:    (201) 343-5181
E-mail: tmartin@nakblaw.com

*Attorneys for Defendant Roadway Express, Inc.*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing has been served via mail and ECF/CM this 28th day of July, 2007, upon:

Michael P. Hartman
KENNEDY LILLIS SCHMIDT
& ENGLISH
75 Maiden Lane – Suite 402
New York, New York 10038-4816
Telephone: (212) 430-0800

*Attorney for Plaintiff*
*Mitsui Sumitomo Ins. Co., Ltd.*

/s/Thomas C. Martin
Attorney