## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MITSUI SUMITOMO INS. CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 5700 |
| | ) | |
| ROADWAY EXPRESS, INC., et al., | ) | **FRCP RULE 7.1 DISCLOSURE** |
| | ) | **STATEMENT** |
| Defendants. | ) | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliate of that party which are publicly held.

See attached listing.

**NOWELL AMOROSO KLEIN BIERMAN, P.A.**
Attorneys for Defendant,
Roadway Express, Inc.

By: /s/ Thomas C. Martin
Thomas C. Martin, Esq.
Nowell Amoroso Klein Bierman, P.A.
140 Broadway
New York, NY 10005
     -and-
155 Polifly Road
Hackensack, New Jersey 07601
Telephone:     (201) 343-5001
Facsimile:     (201)343-5181
E-mail: tmartin@naklaw.com
Attorneys for Defendant, Roadway Express, Inc.

Dated: July 28, 2008
     TO:     Michael P. Hartman, Esq.
          Kennedy Lillis Schmidt & English
          75 Maiden Lane –Suite 402
          New York, NY 01138-4816

## FRCP RULE 7.1 DISCLOSURE STATEMENT ATTACHMENT

## ROADWAY EXPRESS, INC. IS A SUBSIDIARY OF YRC WORLDWIDE

## YRC WORLDWIDE LIST OF SUBSIDIARIES

Yellow Transportation

Roadway

Reimer Express

YRC Regional Transportation

New PennMotor Express

USF Holland

USF Reddaway

USF Bestway

USF Glen Moore

Meridian IQ

USF Logistics

YRC Worldwide Technologies