IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITSUI SUMITOMO INS. CO., LTD., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08 CV 5700 |
| ROADWAY EXPRESS, INC., et al., | ) NOTICE OF APPEARANCE |
| Defendants. | ) |

William D. Bierman, Esq., being an attorney-at-law of the State of New Jersey and admitted to the bar of the State of New Jersey, and also admitted to practice in the United States District Court For The District of New Jersey, Southern District of New York, Eastern District of New York, U.S. Supreme Court, U.S. Court of Appeals 2nd Circuit and U.S. Court of Appeals 3rd Circuit, hereby formally enters his appearance as Counsel in this matter on behalf of the Defendant, Roadway Express, Inc., and to be bound accordingly. Notices and papers may be mailed and/or served upon him on behalf of the Defendant, Roadway Express, Inc. at the following address:

William D. Bierman, Esq.
Nowell Amoroso Klein Bierman, P.A.
155 Polifly Road
Hackensack, New Jersey 07601
Telephone: (201)343-5001
Fax: (201)343-5181
E-mail: wbierman@nakblaw.com

**Nowell Amoroso Klein Bierman, P.A.**
Attorneys for Defendant, Roadway Express, Inc.

By: /s/ William D. Bierman
William D. Bierman

Dated: July 29, 2008