| | NOWELL AMOROSO KLEIN BIERMAN, P.A. | |
|---|---|---|
| DANIEL C. NOWELL | COUNSELLORS AT LAW | TIMOTHY J. BARTZOS |
| HENRY J. AMOROSO | | GREGORY K. ASADURIAN |
| HERBERT C. KLEIN | 155 POLIFLY ROAD | RONAL D. BULLOCK |
| WILLIAM D. BIERMAN† | HACKENSACK, NEW JERSEY 07601 | JOHN P. MARZOLLA* |
| VICTOR J. HERLINSKY, JR. | (201) 343-5001 | ANTHONY J. MARCHESE* |
| ANTHONY PANTANO* | Facsimile: (201) 343-5181 | YANA CHECHELNITSKY* |
| DAVID EDELBERG* | | LORI E. KOLIN* |
| LINDA DUNNE | | LISA J. JURICK |
| MICHAEL J. PALMA*□ | E-Mail: info@nakblaw.com | MICHELLE E. RADIN* |
| MICHAEL J. NOONAN | | |
| WILLIAM C. SOUKAS* | New York Office | ARTHUR MINUSKIN |
| BRADLEY M. WILSON† | PMB 46028 | ANTHONY J. FRESE |
| JOHN R. LLOYD□ | 140 Broadway | KAREN A. PASSARO |
| THOMAS C. MARTIN† | New York, NY 10005 | JOHN G. HUDAK |
| | (212) 858-7710 | OF COUNSEL |
| | Facsimile: (212) 858-7750 | |
| RICK A. STEMBULIS *□ | | * Also Admitted in NY |
| JOSEPH S. SHERMAN | | † Also Admitted in the |
| DAVID V. NASTA | | Federal Courts in NY |
| | | □Also Admitted in PA |

July 31, 2008

**MEMO ENDORSED**

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08**

<u>VIA FACSIMILE ONLY @ (212) 805-7949</u>

Honorable P. Kevin Castel, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

    Re:   <u>Mitsui Sumitomo Ins. Co., Inc. v. Roadway Express, Inc.</u>
           Civil Action No. 08-cv-05700 (PKC)
           Our File No.: 2548.059

Dear Judge Castel:

      We write in reference to the Motion to Dismiss [Doc. 4] filed on behalf of our client Roadway Express, Inc. ("Roadway"). The motion to dismiss was filed with the court on July 28, 2008 which was Roadway's response date after being served with the summons and complaint on July 8, 2008. In reviewing your Honor's Individual Rules of Practice, it appears that Rule 2.A.1. and 2.A.2. may require a pre-motion conference with the court prior to the filing of a motion to dismiss.

      Because Roadway was required to file its motion to dismiss within twenty (20) days after service of the summons and complaint or risk being timed barred from filing its motion; Roadway filed its motion to dismiss without requesting a pre-motion conference. Roadway's decision to file its motion to dismiss without first requesting a pre-motion conference was done solely out of necessity given the timing of Roadway's response date and the lack of time on the part of Roadway to request a pre-motion conference.

      Roadway understands the importance and necessity for compliance with the Court's rules and meant no disrespect to your Honor by filing its motion to dismiss without first requesting a

pre-motion hearing. If your Honor would prefer that Roadway request a pre-motion conference, Roadway will comply with that directive and promptly submit its letter requesting a pre-motion conference.

Roadway will contact Plaintiff's counsel and explore the possibility of Plaintiff voluntarily amending its Complaint to properly state a cause of action under 49 U.S.C. § 14706 (the "Carmack Amendment"). If Plaintiff agrees to amend its Complaint, Roadway will stipulate to the amendment of the Complaint and will withdraw its motion to dismiss.

We thank the Court for its attention to this matter.

Respectfully submitted,

Nowell Amoroso Klein Bierman, P.A.

*Thomas C. Martin*
Thomas C. Martin

TCM/bb
Cc: Michael P. Hartman, Esq. (via facsimile only)

---

*Handwritten order:*

Motion to dismiss deemed withdrawn without prejudice to refiling after August 28 conference. Parties should discuss amendment of complaint on consent. Defendant's time to answer or move adjourned to a date to be set at the August 28 conference which will also be a premotion conference.

SO ORDERED
/s/ P. Kevin Castel USDJ
8-4-08