08/2    10:15 FAX 2018830270         LAW OFFICE                                @003

2018830270

S:\FILES\5295_MSI(SHARP)-ROADWAY\LEGAL+DISCOVERY\5295_STIP_AMEND_COMPLAINT.DOC

KENNEDY LILLIS SCHMIDT & ENGLISH
Charles E. Schmidt (CS8669)
Michael P. Hartman (MH8993)
75 Maiden Lane – Suite 402
New York, N.Y. 10038-4816
Telephone:  212-430-0800
Telecopier: 212-430-0810
Attorneys for Plaintiff
MITSUI SUMITOMO INSURANCE CO., LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------
MITSUI SUMITOMO INSURANCE CO., LTD., )
                                     )         08 Civ. 5700 (PKC)
                    Plaintiff,       )
                                     )
       - v. -                        )         STIPULATION & ORDER
                                     )
ROADWAY EXPRESS, INC.,               )
                                     )
                    Defendant.       )
                                     )
-------------------------------------
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

    IT IS HEREBY STIPULATED AND AGREED by and between the parties, pursuant to Rule 15 of the Federal Rules of Civil Procedure, that plaintiff, Mitsui Sumitomo Insurance Co., Ltd., may file its First Amended Complaint annexed hereto as Exhibit "A"; that service thereof shall be deemed complete upon the Court's entry of an Order on this Stipulation; and that defendant's time to answer shall run from the date of said Order.

1

08/    10:15 FAX 2018830270           LAW OFFICE                           ☒004
                                    2018830270

Dated: New York, New York        KENNEDY LILLIS SCHMIDT & ENGLISH
       August 8, 2008            Attorneys for Plaintiff
                                 MITSUI SUMITOMO INSURANCE CO.,
                                  LTD.

                          By: _____
                                 Michael P. Hartman (MH8993)
                                 75 Maiden Lane - Suite 402
                                 New York, New York  10038-4816
                                 Telephone:  212-430-0800


                                 NOWELL AMOROSO KLEIN BIERMAN
                                 Attorneys for Defendant
                                 ROADWAY EXPRESS, INC.

                          By: _____
                                 Thomas C. Martin
                                 155 Polifly Road
                                 Hackensack, New Jersey 07601
                                 Telephone:  201-343-5001



IT IS SO ORDERED                 Dated:  New York, NY
                                         August 25, 2008
_____
Hon. Judge P. Kevin Castel
United States District Judge


                                2

RECEIVED TIME  AUG. 21.  11:29AM